1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11   BRETT ANTHONY MARQUIS,                CASE NO. 07cv0730-W(LSP)
12                      Petitioner,        ORDER FOR FURTHER BRIEFING
           v.
13   VINCENT J. IARIA,
14                      Respondent.
15
16        The Court, having reviewed the Petition, Respondent's Answer
17   and the documents lodged therewith, hereby ORDERS that the parties
18   address the following:
19   1.   Authority showing that the victim's mother had sufficient legal
20        control over the victim, or legal obligation, to cause the
21        victim to be returned from from Mexico to San Diego pursuant to
22        the subpoena(s)served on her.
23   2.   The specific conduct or efforts of the prosecution, after
24        Petitioner's Preliminary Hearing and before Petitioner's trial,
25        to assure the victim's presence and testimony at trial.
26   3.   In addition to the specific conduct or efforts noted in number
27        2 above, what other specific alternatives were explored and
28        utilized by the prosecution in securing the victim's presence

1   and testimony at trial.

2   4.   How <u>USA v. Yida</u> (9th Cir. Case No. 06-10460)(2007 Daily Journal

3   DAR 12469) affects Petitioner's claim in this case.

4        On or before <u>September 21, 2007</u>, Respondent shall file a

5   Supplemental Brief that discusses the topics noted above.

6        The date by which Petitioner's Traverse shall be filed is

7   extended to <u>October 22, 2007</u>.  The Traverse shall discuss the topics

8   noted above.

9

10  DATED:   August 20, 2007

11

12                                    _____
                                      Hon. Leo S. Papas
13                                    U.S. Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28