**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>MARQUIS</u>                          v. <u>IARIA</u>                           No. <u>07-0730-W(LSP)</u>

<u>HON. LEO S. PAPAS</u>     <u>CT. DEPUTY J. JARABEK</u>        Rptr. _____
                              <u>Attorneys</u>
        <u>Plaintiffs</u>                                    <u>Defendants</u>

_____          _____
_____          _____
_____          _____

      Respondent's Request for Leave to File Supplemental Notice of Lodgment (Doc. #13, Attachment #1) is GRANTED.

DATED: October 31, 2007

                                                   Hon. Leo S. Papas
                                                   U.S. Magistrate Judge